| | |
|---|---|
| 1 | MICHAEL L. WHITCOMB, ESQ.  (SBN: 86744) |
| 2 | **BRIAN W. PLUMMER, ESQ.  (SBN: 240210)**<br>**UNION PACIFIC RAILROAD COMPANY** |
| 3 | **Law Department**<br>10031 Foothills Boulevard, Suite 200 |
| 4 | Roseville, CA  95747<br>General:        (916) 789-6400 |
| 5 | Direct:           (916) 789-6237<br>Facsimile:     (916) 789-6227 |
| 6 | E-Mail:         bplummer@up.com |
| 7 | Attorneys for Defendant |
| 8 | UNION PACIFIC RAILROAD COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | KEVIN SMITH, | Case No.: 2:12-CV-00656-TLN-CKD |
| 13 | Plaintiff, | **ORDER RE: STIPULATION TO SET MOTION FOR SUMMARY JUDGMENT HEARING DATE** |
| 14 | vs. | |
| 15 | UNION PACIFIC RAILROAD COMPANY, | |
| 16 | Defendant. | |

Having reviewed the Stipulation submitted by the parties and the Status (Pre-Trial Scheduling) Order, the Court orders that:

1.   There is good cause for Defendant Union Pacific Railroad Company to file its Motion for Summary Judgment after the time limit prescribed in the Status (Pre-Trial Scheduling) Order;

2.   Defendant Union Pacific Railroad Company may file its Motion for Summary Judgment so that the hearing on this motion will be October 3, 2013.

3.   All other Federal Rules of Civil Procedure will apply to the motion and Plaintiff's responsive documents.

///

///

-1-

1    IT IS SO ORDERED.

2    DATED: July 29, 2013

```
                                    _____
                                    Troy L. Nunley
                                    United States District Judge
```