MICHAEL L. WHITCOMB, ESQ.  (SBN: 86744)
**BRIAN W. PLUMMER, ESQ.  (SBN: 240210)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:       (916) 789-6400
Direct:        (916) 789-6237
Facsimile:   (916) 789-6227
E-Mail:       bplummer@up.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH,<br><br>                Plaintiff,<br><br>       vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>                Defendant. | Case No.: 2:12-CV-00656-TLN-CKD<br><br>**ORDER RE: STIPULATION TO SET MOTION FOR SUMMARY JUDGMENT HEARING DATE** |

Having reviewed the Stipulation submitted by the parties and the Status (Pre-Trial Scheduling) Order, the Court orders that:

1. There is good cause for Defendant Union Pacific Railroad Company to file its Motion for Summary Judgment after the time limit prescribed in the Status (Pre-Trial Scheduling) Order;

2. Defendant Union Pacific Railroad Company may file its Motion for Summary Judgment so that the hearing on this motion will be October 3, 2013.

3. All other Federal Rules of Civil Procedure will apply to the motion and Plaintiff's responsive documents.

///

///

-1-

1    IT IS SO ORDERED.

2  DATED: July 29, 2013

_____
Troy L. Nunley
United States District Judge